THOMAS E. BELTRAN, ESQ., State Bar No. 171884
BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, L.L.P.
2501 W. Burbank Blvd., Suite 200
Burbank, California 91505
Telephone: (818) 567-1776
Facsimile: (818) 955-9877

Attorney for Plaintiff
DOROTHY J. DeMATTEI.

FILED
OCT - 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
SEP 29 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY J. DeMATTEI,

    Plaintiff,

vs.

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendants.

CASE NO. C05 01890 RS

STIPULATION TO CONTINUE DATES FOR FILING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER
/RS

Pretrial Conference:
Date: None Set.
Time:
Ctrm: 4
Trial Date: None Set.

    The parties, through counsel, and at plaintiff's request, have agreed to stipulate to continue the filing deadlines set by Civil L.R. 16-5 on the plaintiff's Motion for Summary Judgment. The reason for the request are two-fold. Plaintiff's counsel has a hearing set for November 1 through 4, 2005 in San Francisco, and briefs within the month in several other matters including a writ of mandamus, a summary judgment motion in another social security case, and an appellate brief. Secondly, plaintiff's counsel will be taking off a significant period of time during the first two weeks of October for religious reasons. Counsel, although he is in a firm, is the sole attorney on this case and no other attorney is able to or capable of handling the matter. Based on these circumstances,

*Stipulation to Continue Date for Filing Plaintiff's Motion for Summary Judgment*
*Page 1*

1  THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT
2  THE COURT ISSUE THE FOLLOWING ORDER to continue the filing of the Motion
3  for Summary Judgment presently due on October 25, 2005, to December 21, 2005.

4  IT IS SO STIPULATED:

5  DATED: September 27, 2005        BELTRAN, BELTRAN, SMITH, OPPEL &
                                    MACKENZIE, LLP

            By _____
               THOMAS E. BELTRAN, ESQ.
               Attorneys for Plaintiff

9  DATED: 9/27/05                   KEVIN V. RYAN
                                    UNITED STATES ATTORNEY
                                    JOANN M. SWANSON
                                    Assistant United States Attorney

               _____
               SARA WINSLOW
               Assistant United States Attorney
               Attorneys for Defendant
               Jo Anne B. Barnhart

16  IT IS SO ORDERED:

17  DATED: 10/7/05
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    RICHARD SEEBORG