1  THOMAS E. BELTRAN, ESQ., State Bar No. 171884
   BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, L.L.P.
2  2501 W. Burbank Blvd., Suite 200
   Burbank, California 91505
3  Telephone: (818) 567-1776           *E-FILED 6/5/06*
   Facsimile: (818) 955-9877
4
   Attorney for Plaintiff
5  DOROTHY J. DeMATTEI.

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  DOROTHY J. DeMATTEI,          )  CASE NO. C05 01890 RS
                                  )
10               Plaintiff,       )  STIPULATION TO CONTINUE DATES
   vs.                            )  FOR FILING PLAINTIFF'S MOTION
11                                )  FOR SUMMARY JUDGMENT;
   JOANNE B. BARNHART,            )  [PROPOSED] ORDER
12 Commissioner of Social Security,)
                                  )
13               Defendants.      )  Pretrial Conference:
                                  )  Date: None Set.
14                                )  Time:
                                  )  Ctrm: 4
15 _____ )  Trial Date: None Set.

16

17        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject

18 to the approval of the Court, that Plaintiff Dorothy J. DeMattei may have an extension

19 of time in which to file her response to defendant's cross motion for summary judgement

20 and her reply to defendant's opposition to plaintiff's motion for summary judgement.

21 Plaintiff's papers were due on April 6, 2006. Plaintiff's responses are now due on

22 August 14, 2006.

23 / / / /

24 / / / /

25 / / / /

26

27

28

*Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.*
*Page 1*

| | | |
|---|---|---|
| 1 | DATED: May 30, 2006 | BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, LLP |

THOMAS E. BELTRAN, ESQ.
Attorneys for Plaintiff

DATED:

KEVIN V. RYAN
UNITED STATES ATTORNEY
JOANN M. SWANSON
Assistant United States Attorney

SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendant
Jo Anne B. Barnhart

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: June 5, 2006

RICHARD SEEBORG
United States Magistrate Judge

*Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.*
*Page 2*

1 DATED: May 30, 2006

BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, LLP

THOMAS E. BELTRAN, ESQ.
Attorneys for Plaintiff

8 DATED: 5/30/6

KEVIN V. RYAN
UNITED STATES ATTORNEY
JOANN M. SWANSON
Assistant United States Attorney

SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendant
Jo Anne B. Barnhart

16 PURSUANT TO STIPULATION, IT IS SO ORDERED:

20 DATED: _____

RICHARD SEEBORG
United States Magistrate Judge

---

Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.
Page 2